# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARLAND ADAMS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-3301 |
| | : | |
| CORRECTIONS EMERGENCY | : | |
| RESPONSE TEAM (CERT), *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 24th day of March, 2020, upon consideration of Garland Adams's Amended Complaint (ECF No. 10) it is **ORDERED** that:

1. Adams's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            */s/ Mitchell S. Goldberg*

                                            **MITCHELL S. GOLDBERG, J.**