ALD-092

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2693
_____

GARLAND ADAMS,
              Appellant

v.

CORRECTIONAL EMERGENCY RESPONSE TEAM, ("Cert");
JANE AND/ OR JOHN DOE CERT TEAM MEMBER(S);
SUPERINTENDENT TAMMY FURGUSON, ("Furguson"); THOSE WHOSE
INVOLVEMENTS AND/ OR IDENTITIES ARE PRESENTLY NOT KNOWN,
in their individual and official capacities
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-19-cv-03301)
District Judge: Honorable Mitchell S. Goldberg
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
February 11, 2021

Before: MCKEE, GREENAWAY, JR., and BIBAS, Circuit Judges
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on February 11, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 25, 2020, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: April 26, 2021

Certified as a true copy and issued in lieu of a formal mandate on  05/18/2021

Teste:
**Clerk, U.S. Court of Appeals for the Third Circuit**